# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| AMALGAMATED LEASING & TRADING, INC, *et al.*, | CV 15-05128 TJH (FFMx) |
| Plaintiffs, | |
| v. | **Order to Show Cause** |
| SUMBER MAS, LLC, *et al.*, | |
| Defendants. | |

The Court has considered Plaintiffs' request for an order to retain this matter on the Court's active docket, together with the moving papers.

Plaintiffs' request did not explain what actions they have taken to move this case forward since Defendant Steve Tamburnan's bankruptcy was dismissed on March 27, 2018.

Accordingly,

**It is Ordered** that Plaintiffs shall show cause, if any, as to why this action should not be dismissed, *sua sponte*, for failure to prosecute. *See* Local Rule 41-1.

Plaintiffs shall file a written response to this Order to Show Cause by August 6,

2018.  Any brief in opposition to Plaintiffs' written response shall be filed no later than seven days after Plaintiffs' response is filed.  Plaintiffs may file a reply brief to any opposition no later than seven days after any opposition brief is filed.  None of the briefs filed pursuant to this order shall exceed five pages.  The matter will then stand submitted.

Date: July 3, 2018

_____
Terry J. Hatter, Jr.
Senior United States District Judge